UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 15 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

DUNG HUYNH NGUYEN         )
    Pro Se Movant         )
                          )
                          )
v.                        )      Case No.:  5:13-CR-00580-RCL-5
                          )
                          )
UNITED STATES OF AMERICA  )
    Respondent            )


PRO SE MOTION FOR THE APPLICATION OF THE U.S.
SENTENCING COMMISSION TWO(2)LEVEL RETROACTIVE
SENTENCE REDUCTION POLICY STATEMENT,1B1.10, PURSUANT TO USSC
AMENDMENT 782 & U.S.C. 3582(c)(2)

   COMES NOW, Dung Huynh Nguyen, hereafter known as Movant, in Pro Se Forma, respectfully submits this Sentencing Reduction Motion, pursuant to 18 U.S.C., 3582(c)(2) and to pertinent Policy Statement 1B1.10 by the U.S. Sentencing Commission(USSC) and consistent with USSC Two(2) Level Reduction, Retroactive Application of Amendment 782. The application of Amendment 782, in this case avoids serious conflict with the Equal Protection Component of the Due Process Clause of the Fifth and the Eighth Amendment's Prohibition against Cruel and Unusual Punishment. As per statue, Movant is not an attorney, therefore this Motion cannot be held to the same standard as one developed by a Licensed Professional in Law.(Haines vs Kerner 404 U.S. 519)

   IN SUPPORT THEREOF, Movant avers the following:
1.)  Movant was indicted on July 17, 2013, with a First Superseding Indictment on September 18, 2013 and a Second Superseding Indictment on March 19, 2014.

CASE NO.:  5:13-CR-00580-RCL-5

2.) On March 10, 2017 Movant Pled Guilty and the Movant was sentenced for having Pled Guilty to the one(1) Count on the Indictment, which consisted of OFF/CHG: 21 USC 846, 813, 841(A)(1) & (B)(1)(C), CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE SUBSTANCES AND CONTROLLED ANALOGUES and was designated a Level 31, Category I of the Federal Sentencing Guidelines, thus being sentenced to serve 108 months in a Federal Correctional Institution and three(3) years of Supervised Release, with a $100 Felony Assessment Fee.(see BOP Computation Sheet attachment A)

3.) The District Court considered the Pre-Sentencing Investigative Report before imposing Sentence. The Pre-Sentencing Investigative Report revealed no present or history of violence and/or Weapon Offenses, nor a Career Offender designation, pursuant to USSG 4B1.1 on the part of the Movant. Movant is not a Public Safety Risk, pursuant to 1B1.10(A1)(B)(ii).

4.) In order to reduce unwarranted Federal Guideline disparaties, the Sentencing Reform Act of 1986 authorizes the United States Sentencing Commission to create and to retroactively amend Sentencing Guidelines to inform Judicial Discretion.

5.) In recent years, the Supreme Court has given Judges the power to impose sentences that are not greater than necessary to satisfy the statutory purposes of sentencing, to prevent prison over population (28 U.S.C. 994(a)), to consider all of the characteristics of the Offender and circumstances of the offense, to reject Advisory Guidelines that are not based on National Sentencing Data and Empirical Research, to follow and comply with U.S. Sentencing Commission Policies and Amendments and to serve their function in the constructive

CASE NO.:   5:13-CR-00580-RCL-5

5.)(cont.)  evolution of responsible Guidelines.(see United States v. Booker, 543 U.S. 220(2005), Kimbrough v. United States, 128 S.Ct., 558(2007), Nelson v. United States, 129 S.Ct. 890(January 26, 2009)

6.)  This Court may modify a defendant's term of imprisonment once it has been imposed, when the United States Sentencing Commission (USSC) passes and adopts an amendment to the Guidelines Retroactively and the Amended Guideline was part of the basis of the Defendant's Guideline Range, to the extent that it is applicable, if such a Reduction is consistent with the applicable Policy Statement issued by the U.S. Sentencing Commission, pursuant to the U.S. Sentencing Commission Amendment 782.

7.)  Furthermore, Movant avers that in his two(2) years of incarceration, he has fully recovered from his addiction issues and has repeatedly demonstrated that he poses No Risk To Public Safety(1B1.10(A)(B)(ii), based on the following:  a.) has successfully participated in prison in two(2) Drug Abuse Prevention Programs, b.)  has successfully completed courses in "Positive Thinking" and "Character Education" that has assisted him to think and survive without the Drug High, c.)  furthermore, has taken many other courses that has assisted in his mental, psychological and spiritual growth.(see BOP Educational Transcript Sheet attachment B)  In essence, this Pro Se Movant, after many years of denial concerning his addiction, is in denial no more, is drug free, positive thinking and acting person that very much intends on becoming a positive tax-paying and contributing citizen and no longer a burden to society. It would be remiss not to mention

CASE NO.: 5:13-CR-00580-RCL-5

7.)(cont.) that this Movant received two(2) minor infractions when he arrived in prison because he did not know the rules. Since then he has read and internalized the rules and has committed no other infraction.(see BOP Disciplinary Sheet attachment C) Through his committment and positive actions, this Movant contends that he has earned the above requested two(2) Level Retroactive Reduction and prays that the Honorable Court sees and considers the Merits of the case and grants the appropriate relief. Furthermore, Movant avers that he has taken every opportunity in participating in every BOP Re-Entry Program available, pursuant to 18 U.S.C 2624(c)

8.) Movant stands ready and prepared to accept the responsibility of providing for his family, especially for his Special Needs four(4) year old son, who suffers from Non Immune Hydrops.(see attachment D)

9.) Movant avers that he is entitled to the relief as implemented by the U.S. Sentencing Commission's Amendment 782 and for the foregoing reasons and case law cited herein, Movant respectfully moves that the Honorable Court under Provision 18 U.S.C. 3582(c)(2), Sentencing Guideline 1B1.10 and the U.S. Sentencing Commission Amendment 782 grant Movant the Two(2) Level Retroactive Sentence Reduction, as per cited Amendment and modify by means of a Court Order the Movant's Sentence from the initial Level 31, Category I to Level 29, Category I, as noted in the Federal Guideline Table, which translates to a new and modified 87 Month Sentence, while the Supervised Release is to remain the same at three(3) years, as well as the $100 Felong Assessment Fee. This Reduction to the instant case avoids conflict with the Equal Protection Component

CASE NO.:   5:13-CR-00580-RCL-5

9.)(cont.)   of the Due Process Clause of the Fifth and the Eighth Amendment's Prohibition against Cruel and Unusual Punishment.

WHEREFORE, Movant prays this Honorable Court grants this Motion consistent with the United States Sentencing Commission, Retroactive Amendment 782, the 18 U.S.C. 3582(c)(2) and Sentencing Guideline Section 1.B1.10 and/or grants any other Relief this Honorable Court deems proper.

PRO SE MOVANT, DECLARES UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this day of _____11^TH_____ of the month of _February_, 2019.

Respectfully Submitted:
*Dung Huynh Nguyen*

Dung Huynh Nguyen
Pro Se Movant
ID No.:  98097-308
La Tuna Federal
Prison Camp I
P.O. Box 8000
Anthony, Texas   88021

CASE NO.:  5:13-CR-00580-RCL-5

CERTIFICATION OF SERVICE

I, <u>DUNG HUYNH NGUYEN</u>, PRO SE MOVANT CERTIFIES THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SERVED WITH THE U.S. DISTRICT COURT CLERK IN THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION, VIA PRISON MAIL ON THIS __11TH__ DAY OF THE MONTH OF _February_, 2019.

*Dung Huynh Nguyen*

Dung Huynh Nguyen, Pro Se Movanat
ID No.:  980097-308
La Tuna Federal Prison Camp I
P.O. Box 8000
Anthony, Texas 88021

```
LATDC   540*23  *           SENTENCE MONITORING          *    01-09-2019
PAGE 001        *            COMPUTATION DATA            *    14:48:03
                             AS OF 01-09-2019

REGNO..: 98097-308 NAME: NGUYEN, DUNG HUYNH


FBI NO............: 488266KD8        DATE OF BIRTH: 03-24-1979  AGE:  39
ARS1..............: LAT/A-DES
UNIT..............: CAMP              QUARTERS.....: I04-169U
DETAINERS.........: NO                NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 05-28-2024

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-28-2024 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: TEXAS, WESTERN DISTRICT
DOCKET NUMBER...................: 5:13-CR-580-RCL(05)
JUDGE...........................: LAMBERTH
DATE SENTENCED/PROBATION IMPOSED: 05-08-2017
DATE COMMITTED..................: 07-06-2017
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:   $100.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 391
OFF/CHG: 21 USC 846,813,841(A)(1)&(B)(1)(C) CONSPIRACY TO DISTRIBUTE,
         AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES
         AND CONTROLLED SUBSTANCE ANALOGUES (CT.1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     108 MONTHS
 TERM OF SUPERVISION............:       3 YEARS
 DATE OF OFFENSE................: 03-19-2014




G0002         MORE PAGES TO FOLLOW . . .
```

```
LATDC   540*23 *          SENTENCE MONITORING       *    01-09-2019
PAGE 002 OF 002 *          COMPUTATION DATA         *    14:48:03
                           AS OF 01-09-2019

REGNO..: 98097-308 NAME: NGUYEN, DUNG HUYNH


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-01-2018 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-02-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-08-2017
TOTAL TERM IN EFFECT............:   108 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     9 YEARS
EARLIEST DATE OF OFFENSE........: 03-19-2014

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    06-26-2013     06-27-2013
                                    03-23-2016     04-11-2016
                                    02-17-2017     05-07-2017

TOTAL PRIOR CREDIT TIME.........: 102
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 423
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 11-28-2024
EXPIRATION FULL TERM DATE.......: 01-25-2026
TIME SERVED.....................:     1 YEARS       11 MONTHS       14 DAYS
PERCENTAGE OF FULL TERM SERVED..:  21.7

PROJECTED SATISFACTION DATE.....: 11-28-2024
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 8-1-18 DSCC ASSUMED J/RRW




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

```
LATDC            *         INMATE EDUCATION DATA        *      01-09-2019
PAGE 001 OF 001  *              TRANSCRIPT              *      14:49:51

REGISTER NO: 98097-308    NAME..: NGUYEN                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: LAT-LA TUNA FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
LAT  ESL HAS    ENGLISH PROFICIENT       07-17-2017 1350 CURRENT
LAT  GED HAS    COMPLETED GED OR HS DIPLOMA 01-03-2018 0001 CURRENT

--------------------------- EDUCATION COURSES -------------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
LAT SCP    ACE KEYBOARDING I COURSE 10-09-2018  CURRENT
LAT SCP    SECRETS TO MENTAL MATH   10-11-2018  12-13-2018  P  C  P   10
LAT SCP    ACE GREEK CLASS CAMP     10-09-2018  12-11-2018  P  C  P   10
LAT SCP    CREATING WEALTH ACE CLASS 10-10-2018 11-07-2018  P  C  P   10
LAT SCP    CAMP CAREER GUIDANCE     11-06-2017  12-04-2017  P  C  P    8
LAT SCP    RPP NR DAP               02-21-2018  07-13-2018  P  C  P   36
LAT SCP    RPP:DRUG EDUCATION COURSE 12-20-2017 02-27-2018  P  C  P   12
LAT SCP    JOB FAIR: INFORMATIONAL  12-13-2017  12-13-2017  P  C  P    4
LAT SCP    CAMP POSITIVE THINKING ACE 10-31-2017 12-05-2017 P  C  P   10
LAT SCP    COMMERCIAL REAL ESTATE ACE 10-30-2017 12-01-2017 P  C  P   10
LAT SCP    ACE CHARACTER EDUCATION CAMP 10-31-2017 11-29-2017 P C P   10
TAF SCP    CAMP REC PIANO TH 1400-1500 07-14-2017 09-20-2017 P W  V    1
TAF SCP    PDPC: WED 0800 ROOM A4-2102 07-12-2017 07-19-2017 P W  V    3

--------------------------- HIGH TEST SCORES --------------------------------
TEST       SUBTEST         SCORE    TEST DATE   TEST FACL   FORM     STATE
ABLE       LANGUAGE        13.0     09-13-2017  TAF         2
           NUMBER OPR      12.5     09-13-2017  TAF         2
           PROB SOLV       13.0     09-13-2017  TAF         2
           READ COMP       13.0     09-13-2017  TAF         2
           SPELLING        13.0     09-13-2017  TAF         2
           VOCABULARY      13.0     09-13-2017  TAF         2




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

```
    LATDC           *         INMATE DISCIPLINE DATA        *      01-09-2019
 PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD    *      14:48:46

REGISTER NO: 98097-308 NAME..: NGUYEN, DUNG HUYNH
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-09-2019

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3012888 - SANCTIONED INCIDENT DATE/TIME: 07-21-2017 1330
UDC HEARING DATE/TIME: 07-26-2017 1250
FACL/UDC/CHAIRPERSON.: TAF/A4/B. PAIT
REPORT REMARKS.......: UDC BASED IT'S DECISION ON THE WRITTEN REPORT AND
                       GREATER WEIGHT OF THE EVIDENCE.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE   / 1 MONTHS / CS
         COMP:    LAW:    UDC IMPOSES 1 MONTH LOSS OF PHONES FROM
                          7-27-17 TO 8-27-17.
    316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         LP COMM    / 1 MONTHS / CS
         COMP:    LAW:    UDC IMPOSES 1 MONTH LOSS OF COMMISSARY FROM
                          7-27-17 TO 8-27-17.




 G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



## CHILDREN'S HOSPITAL

# DEPARTMENT OF GENETICS
Children's Hospital New Orleans
## DIVISION OF GENETICS, DEPARTMENT OF PEDIATRICS
Louisiana State University Health Sciences Center

**YVES LACASSIE, MD, FACMG,** Professor and Head
ylacassi@chnola.org  ylacas@lsuhsc.edu

**MICHAEL MARBLE, MD, FACMG**
Professor · mmarbl1@lsuhsc.edu

**REGINA M. ZAMBRANO, MD, FACMG**
Assistant Professor · rzambr@lsuhsc.edu

**KAREN WEISSBECKER, PhD**
kweiss@lsuhsc.edu

**AMY MOLINA, RN, BSN**
amoli2@lsuhsc.edu

**CLINICAL GENETICS**
Office: ACC Room 2308
Telephone: (504) 896-9254
Fax: (504) 896-3997
Appointments: (504) 896-9254

**CLINICS:**
**NEW ORLEANS**
Children's Hospital, ACC
200 Henry Clay Avenue
New Orleans, LA 70118

**METAIRIE**
Children's Hospital Metairie Center
3040 33rd Street, Metairie, LA 70001

**BATON ROUGE**
Children's Hospital Outpatient Clinic
720 Connell Park Lane
Baton Rouge, LA 70806

**LAFAYETTE**
Children's Hospital Outpatient Clinic
Burdin Riehl ACC of LGMC
1211 Coolidge Blvd., 2nd Floor
Lafayette, LA 70503

**Lake Charles State Clinic**
3236 Kirkman St.
Lake Charles, LA 70602
Appt: (337) 478-6020

**Thibodaux State Clinic**
2535 Veterans Blvd.
Thibodaux, LA 70301
Appt: (985) 447-0896

**SERVICES:**
Diagnosis and Management of:
Birth Defects/Congenital Anomalies
Inborn Errors of Metabolism
Abnormal Newborn Screening
Down & Chromosomal Disorders
Neurofibromatosis
Craniofacial Anomalies
Hereditary Diseases
**Genetic Counseling**
**Metabolic Nutrition Services**

April 5, 2015

Jeanne Rademacher, MD
Carousel Pediatrics
4224 Houma Boulevard, Suite 240
Metairie, Louisiana 70006

Re:  MAXIMUS NGUYEN
DOB: 03/20/2014
DOV: 04/01/2015

Dear Dr. Rademacher:

As you know, I had the opportunity to evaluate your patient Maximus Nguyen in my genetics clinic at Children's Hospital on April 1, 2015. He was accompanied by his mother Mrs. Julie Nguyen and his father.

Maximus is a 1 year old Vietnamese American male who has a history of non-immune hydrops that was diagnosed in utero. His mother mentioned that at about 20 weeks gestation, hydrops was diagnosed and she underwent an amniocentesis that was reported as normal. Dr. Marble had the opportunity to examine him in the newborn period and he recommended testing for the common causes of non-immune hydrops including: MPS, Sialidosis, and Gaucher disease, congenital disorders of glycosylation, hemoglobinopathies and Thalassemias. Results did not particularly reveal any cause for Maximus presentation. He had a slightly elevated urine free and total sialic acid and his transferring isoelectric focusing at Mayo clinic showed slight elevation in the underglycosilated transferring but not as elevated as in patients with CDG, a repeat sample to GCC was normal but they mentioned that in patients younger than 3 months an atypical pattern may be missed.

He has continued to fail to thrive and has global developmental delays. He was recently admitted to the hospital and was diagnosed with RSV, at that time I requested repeat of some of his abnormal labs and he continues to have mild elevations of the urine sialic acid and had a peripheral smear that showed a left shift with lymphocyte vacuolization and giant platelets.

200 Henry Clay Avenue
New Orleans, Louisiana 70118
(504) 899-9511
www.chnola.org

FOUNDING MEMBER OF



His past medical history is also positive for s/p eye surgery with Dr. Ellis to unclog his tear ducts; he is also s/p in utero placement of pigtail catheters to alleviate bilateral pleural effusions.

He continues to have global developmental delays, he is able to roll but not yet sitting independently, he was also found to be very flexible and is able to put his toes on his mouth. He started saying mama and smiles and interacts socially. He still does not attend daycare, mother reports she is feeding him formula and stage II baby foods, they will wait sometime for transitioning to whole milk. His mother reported that despite appropriate feedings he continues to be very small for his age. He has normal sleeping patterns. He lives at home with his mother and father.

A complete review of systems was positive for a history of constipation, he was admitted in December with RSV, he is s/p surgery to correct clogged tear ducts, he follows up with Cardiology with Dr. Ascuitto and with Dr. Levine in Pulmonary he has developmental delays and low muscle tone and a history of non immune hydrops. He is receiving services through ES, OT and PT.

In regards to medications he continues to take MiraLax and a multivitamin. They denied allergies to any medication of foods.

On physical exam today, his length was 67 cm (<<5th %), weight was 6.15 kg (<<5th %). Temperature was 98.9 F.

In general, Maximus was awake in his carrier, and cooperative with examination. He was microcephalic and with positional plagiocephaly. Eyes with palpebral fissures that appeared short. Palate was intact; I was unable to see his uvula. Ears are borderline low set and posteriorly rotated. Neck: examination was supple, thyroid was not palpable, no Lad were noted, he has a small pit on his lower jaw and his mother mentioned something was removed from it while he was in the NICU, she is unsure what. Lungs: CTAB. CV: regular rate and rhythm, no murmurs, rubs, or gallops, with normal and symmetric peripheral pulses. Abdomen: soft, non tender and non distended, with BS in all quadrants, he has a small umbilical hernia and I palpated his liver maybe 1 cm BCM. GU: Normal external male genitalia, left testicle in canal. Neurological examination: Mental status: awake and alert, face was symmetric, PERRLA, Motor examination revealed slightly low muscle tone, DTR's were 2+.

In summary Maximus Nguyen is a 1 year old Vietnamese American male who was diagnosed in utero with non immune hydrops. He has had an extensive work-up that ruled out common causes of non immune hydrops. He continues to be small and microcephalic with low tone, the possibility of a chromosome was ruled out as he had normal SNP array (prenatal and post-natally), he has had slightly elevated sialic acid in urine, and I would like to repeat it again today, I am convinced Maximus has a Genetic disorder in identification, he continues to fail to thrive and has had non specific elevations in urinary sialic acid and a history of non immune hydrops, I fee that the next best step towards finding a diagnosis is considering sending Exome sequencing. He has Medicaid now and in the past we have not had success getting Medicaid approval for such testing, we should explore the possibility of research Exome. We will wait from the results of testing ordered today and will continue to monitor clinically and submit his case for research.

Thank you for allowing me to participate in Maximus's care. Feel free to contact me with any questions.

Best regards,

Regina M. Zambrano, M.D
Assistant Professor of Pediatrics
Division of Clinical Genetics, Department of Pediatrics
Louisiana State University Health Sciences Center and
Children's Hospital New Orleans

Cc: The Parents of Maximus Nguyen
    2317 Metairie Rd
    Metairie, LA 70001

February 11, 2019


Clerk, U.S. District Court
Western District of Texas
John H. Wood Jr., U.S. Courthouse
655 E. Cesar E. Chavez Blvd.
San Antonio, Texas  78206-1106

HONORABLE FEDERAL COURT CLERK:

                                Re:  NGUYEN, Dung Huynh
                                Fed. Reg. No.:  98097-308
                                Case No.:  5:13-CR-00580-RCL-05

    I am respectfully submitting my Two(2) Level Reduction in Sentence Motion on my above captioned case, pursuant to United States Commission (USSC) Retroactive Amendment 782, in accordance to 18 USC 3582(c)(2). I pray the Honorable Court will grant the relief, as stipulated by the USSC.
    Please find a self-addressed and pre-stamped envelope that you may use to respond to notify me that my Motion has been received and filed.  A simple stamped copy of the first page of my Motion will suffice.
    I want to thank you in advance for any assistance that you may be able to render me regarding my request.  Should you need further information in order for you to process my Motion, please do not hesitate to correspond with me at my below noted address.  Thanks Again!

                                With Much Respect,

                                *Dung Huynh Nguyen* (signature)

                                Dung Huynh Nguyen
                                Pro Se Movant
                                ID No.:  98097-308
                                La Tuna Federal Prison Camp I
                                P.O. Box 8000
                                Anthony, Texas  88021

cc:  BOP Counselor
     Family

Incls:  Motion
        Attachments

